## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**DERRICK LEE HOLLOMAN,**            :

       **Petitioner**            :

       **v.**            :

**Warden SCOTT FINLEY,**            :

       **Respondent**            :

       **CIVIL ACTION NO. 3:19-0080**

       **(Judge Mannion)**

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1.  The petition for writ of habeas corpus, (Doc. 1) is **DISMISSED** without prejudice to any right Petitioner may have to reassert his instant claims in a properly filed civil rights action.

2.  The Clerk of Court shall **CLOSE** the above captioned case.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: May 10, 2018**
19-0080-01-Order